THE PEOPLE OF THE STATE OF NEW YORK V. ELADIO ARZUAGA.—

Concur — Capozzoli, J. P., McNally, Tilzer and Macken, JJ.

(February 4, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDDIE JONES, Appellant.—

Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER WRIGHT, Appellant.—

No opinion.

Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Tilzer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. GEORGE BATTLES.—

Concur — Capozzoli, J. P., McNally, Tilzer and Macken, JJ.

(February 9, 1971)

JULES WERTHEIMER, Respondent, v. J. B. OIL SERVICE CORP., Appellant, et al., Defendant.—

Concur — Stevens, P. J., Capozzoli, McGivern, Markewich and Tilzer, JJ.